IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BUREAU OF PROTECTIVE SERVICES (JAT), ARTHUR COLEMAN and JOSEPH HARDY as Principals, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:17-cv-00066-WHA-CSC (WO) |
| SCOTTSDALE INSURANCE COMPANY, Its Agents, Owners, Principals, Investors or Whom Contributed to the Denial of Coverage and Injuries to the Plaintiffs, | ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #23) filed on February 13, 2018, it is hereby ORDERED that the case is DISMISSED with prejudice, the parties to bear their own costs.

Done this 13th day of February, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE